IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 15 C 10905 |
| v. | ) ) | JUDGE JOAN B. GOTTSCHALL |
| FIELDSTONE BUILDING SERVICES, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, FIELDSTONE BUILDING SERVICES, INC., an Illinois corporation, in the total amount of $82,306.96, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,234.71.

On December 30, 2015, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Illinois Secretary of State because the corporations' registered agent could not, with reasonable diligence, be found at the registered office of record in Illinois) (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto). Therefore, Defendant's answer was due on January 20, 2016. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>4th</u> day of <u>February 2016</u>:

| | |
|---|---|
| Ms. Juanita A. Andrews, Registered Agent<br>Fieldstone Building Services, Inc.<br>415 Rockwell Court<br>Burr Ridge, IL   60527 | Jesse White<br>Secretary of State<br>Department of Business Services<br>Attn: File #60226059<br>Springfield, IL   62756 |

                                                  /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\52J\Fieldstone Building\motion for entry of default and judgment.cms.df.wpd